**STATE of Maine**

v.

**Charles A. COIT**

Supreme Judicial Court of Maine.

Argued Jan. 12, 1987.
Decided Jan. 22, 1987.

Mary Tousignant, Dist. Atty., Michael Cantara, Asst. Dist. Atty., David Gregory (orally), Alfred, for plaintiff.

Charles A. Coit (orally), pro se.

Before McKUSICK, C.J., and ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

### MEMORANDUM OF DECISION.

On appeal, Charles Coit challenges the legality of the sentence imposed by the District Court (Kittery), on his plea of nolo contendere to a complaint alleging harassment in violation of 17–A M.R.S.A. § 506–A (1983). Because no error in the sentence imposed appears plainly on the face of the record, we affirm the judgment. *State v. Blanchard*, 409 A.2d 229, 233 (Me.1979).

The entry is:

Judgment affirmed.

All concurring.